IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA M. KEISER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Defendants. | No.　　C-05-2310 MJJ<br><br>**ORDER TO SHOW CAUSE** |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by September 20, 2007, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 9/7/2007

　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　United States District Judge