IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISER, | No. C05-02310 MJJ |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR TRIAL CONTINUANCE** |
| v. | |
| LAKE COUNTY SUPERIOR COURT ET AL, | |
| Defendant. | |

Before the Court is Plaintiff's letter requesting a trial continuance based on the fact that she is scheduled for a root canal procedure one week before the bench trial in this matter. Defendants have submitted a letter in opposition to the request. Having considered the parties' submissions, the Court finds Plaintiff's showing insufficient to justify a trial continuance and therefore **DENIES** Plaintiff's request.

**IT IS SO ORDERED.**

Dated: December 21, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE