Clay J. Christianson SBN 143024
Kelly Jackson & Christianson, LLP
90 South E Street, Suite 300
Santa Rosa, California 95404
(707) 578-7160
(707) 578-7469/Facsimile
e-mail: cchristianson@phkellylaw.com

Attorneys for Defendant
County of Lake

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA M. KEISER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAKE COUNTY SUPERIOR COURT,<br>employer and a government entity, et al.,<br><br>　　　　　　Defendants. | Case No. C 05 02310 MJJ<br><br>[PROPOSED]<br>**ORDER GRANTING COUNTY OF LAKES' RULE 41(B) MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Date:　January 14, 2008<br>Time:　8:30 am<br>Dept:　11, 19th Floor<br>　　　　Hon. Martin J. Jenkins |

　　　　The Honorable Martin J. Jenkins heard the County of Lake's oral motion to dismiss for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure on January 14, 2008, the first day of trial. Plaintiff Eva Keiser represented herself. Defendant County of Lake was represented by Clay J. Christianson of Kelly Jackson & Christianson, LLP.

　　　　IT IS HEREBY ORDERED:

　　　　Defendant County of Lake's motion to dismiss with prejudice plaintiff's First Cause of Action for Deprivation of Constitutional Rights and Ninth Cause of Action for Wrongful Termination in Violation of Public Policy for failure to prosecute is hereby Granted. The basis for granting the motion was plaintiff's admission on the record that she was not prepared to proceed with trial as well as the Court's additional findings stated on the record.

Dated: January 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____ Jenkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Martin J. Jenkins