1  Clay J. Christianson (SBN 143024)
   KELLY JACKSON & CHRISTIANSON, LLP
2  90 South E Street, Suite 300
   Santa Rosa, California 95404
3  (707) 578-7160
   (707) 578-7469/Facsimile
4  e-mail: cchristianson@phkellylaw.com

5  Attorneys for Defendant
         County of Lake

6

7

8          UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9

10  EVA M. KEISER,                          Docket No. C 05 02310 MJJ

11                         Plaintiff,       **DENYING**
                                            **[PROPOSED] ORDER ~~ALLOWING~~**
12                                          **DEFENDANT COUNTY OF LAKE**
                                            **LEAVE TO FILE MOTION FOR**
13  v.                                      **RECONSIDERATION OF COURT'S**
                                            **ORDER DENYING COSTS**

14  LAKE COUNTY SUPERIOR COURT,
    employer and a government entity, et al.,  Trial Date:     January 14, 2008
15                                             Date of Motion: June 2, 2008
                                               Time:           2:00 p.m.
16                                             Dept:           15, 18th Floor
                                                               Hon. Marilyn H. Patel
17                         Defendants.

18  _____/

19       The motion for leave to file Defendant County of Lake's Motion for Reconsideration of the

20  Court's Order Denying Costs was reviewed by this Court pursuant to Local Rule No. 7-9(d).  After

21  consideration of the briefs submitted by Defendant County of Lake and good cause appearing,

22       IT IS HEREBY ORDERED that Defendant County of Lake's Motion for ↗leave to file motion for
                                                                          Reconsideration of
23  the Court's Order Denying Costs ~~be filed with the clerk's office for the United States District Court~~
                                    is denied.

24  ~~for the Northern District of California.~~

25  Dated:  4/21_____, 2008

26

27  _____
    Marilyn H. ____
28  United Stat____

KELLY JACKSON&
CHRISTIANSON, LLP

C 05 02310 MJJ   [Proposed] Order Allowing Defendant County of ____   Motion for Reconsideration of Court's Order
                 Denying Costs
                                                                                              Page   1

Case No. C 05 02310 MJJ                               U.S. District Court - Northern District

PROOF OF SERVICE BY MAIL
[FRCivP 5(b)]

I am employed in the County of Sonoma, California.  I am over the age of eighteen years and not a party to the within entitled cause; my business address is 90 South E Street, Suite 300, Santa Rosa, California 95404.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, such correspondence would be deposited with the United States Postal Service that same day in the ordinary court of business.

On the date of execution of this declaration, I served the attached:

**[PROPOSED] ORDER ALLOWING DEFENDANT COUNTY OF LAKE LEAVE TO FILE MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING COSTS**

on the interested parties in said cause, addressed as follows:

EVA M. KEISER                          *Plaintiff in pro se*
6335 Scotts Valley Rd.                 *(707) 236-8993*
Lakeport, CA 95453                     *(707) 236-8993 fax*

Joseph E. Wiley, Esq.                  *Attorneys for Defendants Lake County Superior*
Michele J. Silak, Esq.                 *Court, William E. Jaynes, Barbara Mallinen,*
WILEY PRICE & RADULOVICH, LLP          *and Wily, Price & Radulovich, LLP*
1301 Marina Village Parkway, Suite 310 *(510) 337-2810*
Alameda, CA 94501                      *(510) 337-2811 (fax)*
                                       Email: jwiley@wprlaw.com

__X__ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office outgoing mail following ordinary business practices.

____ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

____(BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that this declaration was executed on April 18, 2008, at Santa Rosa, California.

_____
Linda Moldrem

KELLY JACKSON&
CHRISTIANSON, LLP

C 05 02310 MJJ     [Proposed] Order Allowing Defendant County of Lake Leave to File Motion for Reconsideration of Court's Order Denying Costs

Page  2